IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| KENNETH PARKER, § § *Plaintiff,* § § VS. § § STATE AUTOMOBILE MUTUAL § INSURANCE COMPANY, § § *Defendant.* § | CIVIL ACTION NO. 9:23-CV-00202 JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Plaintiff's Motion to Dismiss. [Dkt. 38]. Plaintiff previously advised the Court that the Parties had reached a settlement in this matter, and he now seeks a dismissal with prejudice herein.

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorneys' fees and costs.

It is further **ORDERED** that all motions not previously filed herein are **DENIED AS MOOT**.

**SIGNED** this 17th day of September, 2024.

_____
Michael J. Truncale
United States District Judge